UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 22-2509-MWF(MARx)**                              Dated: **June 29, 2022**

Title:    Del Schoenhoeft -v- Puente Hills Habitat Preservation Authority, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

   In light of the Notice of Settlement [12] filed June 16, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for September 19, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

   IT IS SO ORDERED.

MINUTES FORM 90                                      Initials of Deputy Clerk   rs
CIVIL - GEN